Pennsylvania Banking and Trust Company; *Peter P. Liebert, III,* for appellee, Commercial Union Assurance Company.

Order affirmed.

## Hazell *v.* State Farm Mutual Automobile Insurance Company, Appellant.

opinion by BLOOM, J. Argued June 11, 1975. *Richard A. Kraemer,* with him *Duane, Morris & Heckscher,* for appellant; *John C. Capek,* for appellee.

Order affirmed.

## Holzmueller, Appellant, *v.* Marino.

Argued June 11, 1975. *Robert J. Levis,* with him *Levis, Connors & Swanick,* for appellant; *John M. DeLuca,* with him *McGoldrick & Raffo,* for appellee.

Order affirmed.

## Insurance Company of North America, Appellant, *v.* Strothers, et al.

opinion by GREEN-BERG, J. Argued June 17, 1975. *Robert R. Reeder,* with him *White and Williams,* for appellant; *Tod I. Mammuth,* with him *Stephen Savar,* and *Monheit and Mammuth,* for appellees.

Appeal from an interlocutory order quashed.